■ BELL VIRGINIA CORPORATION, Appellant, v. A. HOLLANDER & SON, INC., Respondent.— Motion to dismiss appeal granted, with $10 costs. **Concur** — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RAYMOND DE ROBERTS. — Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, J.

■ WILLA M. BEAVERS v. JESSE BEAVERS.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ In the Matter of ARTHUR P. McNULTY, Appellant, against ROBERT C. WEAVER as State Rent Administrator, Respondent, and KENNETH V. WAGENBACH et al., Intervenors-Respondents.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ALICIA L. SHERMAN v. LEONARD SHERMAN.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ TOBIAS STONE v. HOTEL ROOSEVELT CORPORATION.— Motion to dismiss appeal denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ ROCKHILL PRODUCTIONS, INC., v. STELLA RUBENSTEIN et al.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ J. ARTHUR LEVE, as Ancillary Administrator, C. T. A., of DENIS P. S. C. DOYLE, Deceased, v. ADRIAN C. DOYLE.— Motion granted and the stay contained in the order of this court entered on June 19, 1958 is continued until the granting or final refusal of an application to this court for leave to appeal to the Court of Appeals, on condition that said application is made within the time limited by section 592 of the Civil Practice Act. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

## (October 29, 1958)

■ In the Matter of AUBREY BROOKS, on Behalf of Himself and All Other Tenants Similarly Situated, Residing in Premises 448, 450, 452 and 454 Grand Concourse, The Bronx, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, without costs and without prejudice to application in Municipal Court for further stay. Pending entry of order on determination in this court, stay is granted. Settle order on 10 days' notice. Concur — Breitel, J. P., Frank, Valente, McNally and Stevens, JJ.

## (October 30, 1958)

■ In the Matter of WILLIAM V. BRADLEY, as President of International Longshoremen's Association, Ind., against GRACE LINE INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES OLIVER.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ In the Matter of EVA C. JASLOW against NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.